**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID SHELGREN,<br><br>            Plaintiff,<br><br>-vs-<br><br>NEWREZ LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and DOES 1-10 inclusive,<br><br>            Defendants. | CASE NO.<br><br>2:25-cv-00038-DJC-SCR<br><br>**ORDER TO DISMISS** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed, without prejudice as to Defendant TRANS UNION LLC only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated:  January 27, 2025          /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE

Order to Dismiss - 1